IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-210** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **LEON GREEN BEY** | : | |

## ORDER

AND NOW, this 23rd day of October, 2014, upon consideration of the *pro se* motions to dismiss the indictment (Doc. 343) and to discharge counsel (Doc. 345) by Leon Green Bey ("Bey"), wherein Bey argues that the court is without jurisdiction over his person because he is a free Moorish American National, expatriated from the United States and not subject to its laws while nonetheless retaining a physical presence and residence here, (see Docs. 343, 345), and the court noting that such claims are meritless and rejected routinely by district courts in this district and others, see Ali v. New Jersey, No. 12-2797, 2012 WL 4959488, at *5-15 (D.N.J. Oct. 15, 2012) (collecting cases in habeas posture and observing that such arguments are frivolous), it is hereby ORDERED that Bey's motions to dismiss the indictment (Doc. 343) and to discharge counsel (Doc. 345) are DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania