IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-210 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **LEON GREEN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 22nd day of April, 2016, upon consideration of the second motion (Doc. 658) to suppress evidence filed by *pro se* defendant Leon Green ("Green"), it is hereby ORDERED that the government shall file a response thereto on or before **Wednesday, May 4, 2016**, and Green shall file any reply brief in further support of his motion on or before **Friday, May 13, 2016**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania