IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:13-CR-210** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **LEON GREEN,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 17th day of January, 2017, upon consideration of the motion (Doc. 701) by *pro se* defendant Leon Green ("Green") to request additional jail time credit for hardship conditions in Dauphin County Prison, and it appearing that the court has yet to accept a guilty plea in the above-captioned matter, and that the parties have jointly requested an expedited presentence report in advance of any change of plea proceeding, with said report to be distributed to Green, his standby counsel, and counsel for the government on or before February 8, 2017, it is hereby ORDERED that the motion (Doc. 701) is DENIED as premature without prejudice to Green's rights to reassert his argument if appropriate at a later stage of these proceedings.

     /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania